Matter of Watt.

In the Matter of the Assignment of ADOLPH SCHEU *et al.* to ABRAHAM SELIGSBERG for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided July 23d, 1878.)

Rule 30 of the General Rules of Practice applies to the filing of reports of referees in proceedings upon assignments for benefit of creditors, and to notice thereof, and exceptions to and confirmation of such reports.

APPLICATION to confirm the report of a referee upon the final accounting of an assignee under a general assignment for the benefit of creditors.

VAN HOESEN, J.—The report of the referee will be filed, and notice thereof given to creditors who have appeared and proved their claims. If no exceptions be filed, the report will be confirmed conformably to Rule 30, General Rules.